STEVEN G. KALAR
Federal Public Defender
GABRIELA A. BISCHOF
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
Email: gabriela_bischof@fd.org

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MIGUEL GUTIERREZ, <br><br> Defendant. | No. CR 11-00903-001 WHA <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING SENTENCE REDUCTION UNDER U.S.S.G. § 1B1.1(b) AND AMENDMENT 782** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. Defendant is making an unopposed motion for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

   Total Offense Level: 33

   Criminal History Category: III

   Guideline Range: 163 to 210 months

   Mandatory Minimum: 120 months

*3582 STIP & ORDER*, CR 11-00903-001 WHA
DEF. GUTIERREZ                                   1

3. Defendant was sentenced to 144 months imprisonment on May 15, 2012.

4. According to the Bureau of Prisons, Defendant's current projected release date is April 21, 2022.

5. Effective November 1, 2014, this Court may order a modification in defendant's sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(b)(1), and Amendment 782, to the United States Sentencing Guidelines Manual.

6. Defendant's revised guideline calculation is as follows:

   Total Offense Level: 31

   Criminal History Category: III

   Guideline Range: 135 to 168 months

   Mandatory Minimum: 120 months

7. The parties have no reason to dispute the Sentence Reduction Investigation Report submitted to the Court by the Probation Office.

8. Based upon the foregoing, the parties hereby stipulate that the Court may enter an order **reducing Defendant's total term of custody to 135 months**, effective November 1, 2015.

9. The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

10. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C. § 3582(c)(2), and *United States v. Booker*, 543 U.S. 220 (2005).

11. Defendant waives his right to appeal the district court's sentence.

12. Accordingly, the parties agree that an amended judgment in accordance with this stipulation may be entered by the Court in pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(b)(1), Amendment 782 of the Sentencing Guidelines Manual.  A Sentencing

Reduction Investigation Report and a proposed amended judgment will be submitted to the Court.

IT IS SO STIPULATED.

| | |
|---|---|
| July 23, 2015 | s/ *J. Douglas Wilson* |
| DATED | MELINDA L. HAAG<br>United States Attorney<br>J. DOUGLAS WILSON<br>Assistant United States Attorney<br>Northern District of California |
| July 23, 2015 | s/ *Gabriela A. Bischof* |
| DATED | STEVEN G. KALAR<br>Federal Public Defender<br>GABRIELA A. BISCHOF<br>Assistant Federal Public Defender<br>Northern District of California |

IT IS SO ORDERED.

| | |
|---|---|
| July 24, 2015. | |
| DATED | WILLIAM H. ALSUP<br>United States District Judge |