1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

   v.

MIGUEL GUTIERREZ,

       Defendant.

_____/

No. CR 11-00903 WHA

**REQUEST FOR GOVERNMENT RESPONSE**

     Defendant Miguel Gutierrez has filed a *pro se* motion "under Apprendi's law to dismiss" (Dkt. No. 79).  The government is requested to respond by **SEPTEMBER 30, 2015.**

Dated: September 8, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE