IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MIGUEL GUTIERREZ,<br><br>    Defendant.<br>_____ / | No. CR 11-0903 WHA<br><br>**REQUEST FOR PROBATION<br>AND GOVERNMENT RESPONSE** |

    Defendant Miguel Gutierrez has filed, pro se, motions to reduce his sentence. The government and probation are requested to respond by **NOON ON MAY 19, 2016.**

Dated: May 5, 2016.

                                                     WILLIAM ALSUP<br>
                                                   UNITED STATES DISTRICT JUDGE