**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0903 WHA |
| Plaintiff, | |
| v. | **SECOND REQUEST FOR PROBATION AND GOVERNMENT RESPONSE** |
| MIGUEL GUTIERREZ, | |
| Defendant. | |

    Defendant Miguel Gutierrez has filed, pro se, motions to reduce his sentence. A prior order asked the government and probation to respond by **NOON ON MAY 19, 2016.** No response has been filed. The government and probation are requested to respond by **NOON ON JUNE 13, 2016**.

Dated: June 6, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE