IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0903 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING REQUEST FOR EARLY RELEASE** |
| MIGUEL GUTIERREZ, | |
| Defendant. | |

The Court is in receipt of defendant's request for early release pursuant to the "Federal Prison's Nonviolent Offender Relief Act of 2003." The Nonviolent Offender Relief Act of 2003 was introduced in the House of Representatives in 2003, but it has not become law. As such, defendant's request for an early release is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 6, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE